IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   v.<br><br>KAMALI RIVES<br>also known as<br>Kut,<br><br>   Defendant. | CRIMINAL FILE NO.<br>1:14-CR-130-4-TWT |

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 192] of the Magistrate Judge recommending denying the Defendant's Motions to Suppress [Doc. 53, 88, 89 & 91], Motions for Severance [Doc. 87 & 179] and Motion to Dismiss [Doc. 172]. In his Objections to the Report and Recommendation, the Defendant "reasserts" his statement of facts and arguments that were rejected by the Magistrate Judge. The Objections are without merit for the reasons set forth in the thorough and well-reasoned Report and Recommendation. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motions to Suppress [Doc. 53, 88, 89 & 91] are DENIED. The Defendant's Motions for Severance [Doc. 87 & 179] are DENIED. The

Defendant's Motion to Dismiss [Doc. 172] is DENIED.

SO ORDERED, this 24 day of November, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge